IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:19-CR-00253-ALM-AGD-1 |
| | § | |
| HUNTER INSLEY | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Now before the court is the request for revocation of Defendant Hunter Insley's ("Defendant") supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on February 25, 2025, to determine whether Defendant violated his supervised release. Defendant was represented by Douglas Schopmeyer. The Government was represented by Michael Anderson.

Defendant was sentenced on January 26, 2021, before The Honorable Amos L. Mazzant, III, of the Eastern District of Texas after pleading guilty to the offense of Possession of a Firearm by a Prohibited Person, a Class C felony. This offense carried a statutory maximum imprisonment term of ten years. The guideline imprisonment range, based on a total offense level of 17 and a criminal history category of VI, was 51 to 63 months. Defendant was subsequently sentenced to 51 months imprisonment followed by a three-year term of supervised release, subject to the mandatory and standard conditions of release, plus special conditions to include financial disclosure to monitor employment, substance abuse testing and treatment, and a $100 special assessment. On October 6, 2023, Defendant completed his period of imprisonment and began service of the supervision term. (Dkt. #43 at p. 1, Sealed).

On January 31, 2024, the United States Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision. (Dkt. #40, Sealed). The Petition asserts that

Defendant violated one (1) condition of supervision, as follows: (1) (mandatory) Defendant must refrain from any unlawful use of a controlled substance. (Dkt. #40 at p.1, Sealed).

The Petition alleges that Defendant committed the following acts: (1) As part of the random drug testing program, Defendant submitted urine specimens at the U.S. Probation Office on October 27, November 7, November 29, December 7, and December 20, 2023, which tested positive for marijuana. Additionally, on January 4, 2024, Defendant submitted another urine specimen which tested positive for marijuana. The six samples were verified by Alere Toxicology Services, Inc., and based on the interpretation report provided by the lab, Defendant used marijuana on at least six separate occasions. (Dkt. #40 at p. 1, Sealed).

Prior to the Government putting on its case at the final revocation hearing, Defendant entered a plea of true to allegation (1) in the Petition. Having considered the Petition and the plea of true to allegation (1), the court finds that Defendant did violate a condition of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this court.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of eight (8) months with twenty-eight (28) months of supervised release to follow.

The court finally recommends that Defendant be housed in a Bureau of Prisons facility in the El Reno, Oklahoma area, if appropriate.

**IT IS SO ORDERED.**

**SIGNED this 31st day of March, 2025.**

                                             AILEEN GOLDMAN DURRETT
                                             UNITED STATES MAGISTRATE JUDGE